# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRIOT BANK, N.A. | |
| Plaintiff, | |
| | Civil Action No. 2:18-cv-8681 |
| v. | |
| 645 INDUSTRIAL ROAD, CARLSTADT, LLC, HACKENSACK STEEL CORPORATION, LUZERNE IRONWORKS, INC., MICHAEL FASCIANO, ENDURANCE AMERICAN INSURANCE COMPANY, A DELAWARE COMPANY, AND JOHN DOES 1-10 | **ORDER FOR DEFAULT JUDGMENT AND JUDGMENT OF FORECLOSURE AND SALE** |
| Defendants | |

It appearing that the Complaint was filed in this case on May 1, 2018; that Defendants, 645 Industrial Road, Carlstadt, LLC ("**645 Industrial**" or "**Mortgagor**"), Hackensack Steel Corporation ("**Hackensack Steel**"), Luzerne Ironworks, Inc. ("**Luzerne**"), Michael Fasciano ("**Fasciano**") (collectively, "**Co-Borrower Defendants**"), and Endurance American Insurance Company, a Delaware Company ("**Endurance**") (collectively with the Co-Borrowers, the "**Defendants**"), have been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; upon application of Plaintiff and the Declarations of Stephen M. Forte and Adam Ercoli in support thereof that the Co-Borrower Defendants are indebted to Plaintiff in the sum of $1,705,789.00 as of July 23, 2018, together with continuing per diem interest thereon in the amount of $726.80 from and after July 23, 2018, in addition to other amounts advanced by Plaintiff for attorneys' fees and costs, which, as of the date of Plaintiff's Motion was in the amount of $22,303.00.

1

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT JUDGMENT IS ENTERED**, that Plaintiff's motion for default judgment is GRANTED in accordance with Federal Rule of Civil Procedure 55(b)(2), in favor of Plaintiff and against the Defendants, as follows:

A. Fixing the amount due under the Notes and Mortgages (as defined in Plaintiff's Complaint) at $1,705,789.00 for the amounts set forth above, together with continuing per diem interest thereon in the amount of $726.80 from and after July 23, 2018, until the mortgaged premises located at 645 Industrial Road, Carlstadt, New Jersey as more fully described in Schedule "A" hereto (the "Mortgaged Premises") is sold at public foreclosure sale; in addition to other amounts advanced by Plaintiff for attorneys' fees and costs, which, as of July 20, 2018 was in the amount of $22,303.00, and additional attorneys' fees and costs in the amount $2,075.00 for an estimated additional five hours of attorney time on this matter, for a total sum of $1,730,167.00

B. Foreclosing all right, title, lien, and equity of redemption which Defendants and all those claiming by, through or under they have or had in the Mortgaged Premises and the additional collateral secured by those certain UCC-1 Financing Statements given by Defendants;

C. Ordering a foreclosure sale of the above-described Mortgage Premises and additional collateral with the Receiver appointed in this action having the power and authority pursuant to 28 U.S.C. § 2001 et seq. to conduct said foreclosure sale.

BY THE COURT

_____
Hon. Jose L. Linares
Chief Judge, United States District Court

Dated: 8/21/18 , 2018

SCHEDULE "A"

**PROPERTY ADDRESS: 645 Industrial Road
Carlstadt, NJ 07072
TAX PARCEL ID #: Block: 3 Lot: 7
MUNICIPALITY: Borough of Carlstadt**

**COUNTY: Bergen**

ALL that certain lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Municipality of Borough of Carlstadt, in the County of Bergen, State of NJ:

BEGINNING at a point in the southeasterly side of Industrial Road distant thereon 179.47 feet southwesterly from the corner formed by the intersection of said sideline of Industrial Road and the southwesterly sideline of Floral Lane and from running thence;

(1) South 44 degrees 47 minutes 00 seconds East, 176.21 feet to a point; THENCE

(2) South 40 degrees 19 minutes 15 seconds West, 88.26 feet to a point; THENCE

(3) North 44 degrees 47 minutes 00 seconds West, 153.52 feet to a point; THENCE

(4) North 26 degrees 15 minutes 10 seconds East, 92.98 feet to the point and place of **BEGINNING.**

**FOR INFORMATION PURPOSES ONLY:** BEING known as 645 Industrial Road, Tax Lot 7, Tax Block 3 on the Official Tax Map of Borough of Carlstadt, NJ.